1  McGregor W. Scott
   United States Attorney
2  Eastern District of California

3  Kimberly A. Gaab
   Assistant United States Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, California  93721
5  (559) 497-4000 (telephone)
   (559) 497-4099 (facsimile)
6  kimberly.gaab@usdoj.gov

7  Sue Ellen Wooldridge
   Assistant Attorney General
8  Environmental & Natural Resources Division

9  Paul Cirino
   Environmental Defense Section
10 United States Department of Justice
   P.O. Box 23986
11 Washington, DC  20026-3986
   (202) 514-1542 (telephone)
12 (202) 514-8865 (facsimile)
   paul.cirino@usdoj.gov

13
           IN THE UNITED STATES DISTRICT COURT
14         FOR THE EASTERN DISTRICT OF CALIFORNIA

15                                              )
   THE CITY OF FRESNO,                          )
16                                              )
           Plaintiff,                           )
17                                              )
       v.                                       )   Case No. 1:06-cv-01559 OWW LJO
18                                              )
                                                )
19 UNITED STATES OF AMERICA, UNITED             )   **ORDER RE:**
   STATES ARMY CORPS OF ENGINEERS,              )   **UNITED STATES' EX PARTE**
20 NATIONAL GUARD BUREAU and THE                )   **REQUEST TO EXTEND THE TIME**
   BOEING COMPANY,                              )   **TO RESPOND TO COMPLAINT**
21                                              )
           Defendants.                          )
22                                              )

23     The Court, having considered the papers in support of and in opposition to the ex parte

24 request of Defendants United States of America, United States Army Corps of Engineers, and

National Guard Bureau (collectively, "United States") to extend the time to respond to the complaint, and the argument of counsel at the telephone conference on January 5, 2007, hereby orders as follows:

    1.    In light of Plaintiff's representation that it will file an Amended Complaint on or about January 16, 2007, the United States need not respond to the Complaint filed on November 2, 2006.

    2.    The United States shall answer, move, or otherwise respond with respect to the Amended Complaint on or before February 28, 2007.

    3.    The parties shall electronically file a Joint Scheduling Report on or before March 7, 2007.

IT IS SO ORDERED.

**Dated:   January 9, 2007**           /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE