1  James C. Sanchez, City Attorney (CA Bar No. 116356)
   Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
2  CITY OF FRESNO (AC0015)
   2600 Fresno Street
3  Fresno, California 93721
   Tele:  (559) 621-7500
4  Fax:  (559) 488-1084

5  Lisa A. Decker (CA Bar No. 244063)
   HOLME ROBERTS & OWEN LLP
6  1700 Lincoln Street, Suite 4100
   Denver, Colorado 80203
7  Tele:  (303) 866-0372
   Fax: (303) 866-0200
8
   Karl R. Morthole (CA Bar No. 112565)
9  LAW OFFICES OF KARL R. MORTHOLE
   57 Post Street, Suite 801
10 San Francisco, California 94104
   Tele:  (415) 986-0227
11 Fax:  (415) 986-1734

12 Attorneys for Plaintiff
   THE CITY OF FRESNO

13          **UNITED STATES DISTRICT COURT**
            **EASTERN DISTRICT OF CALIFORNIA**
14

| 15 | THE CITY OF FRESNO | CASE NO.  1:06 CV 01559-OWW-NEW (TAG) |
|---|---|---|
| 16 | Plaintiff, v. | **ORDER GRANTING THE JOINT STIPULATED MOTION FOR STAY** |
| 17 | UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY | Date:<br>Time:<br>Courtroom:  3 (7th floor)<br>(Hon. Oliver W. Wanger) |
| 18 | | |
| 19 | Defendants. | |

20

21

22

23

24
                                      1
       **[Proposed] Order Granting the Joint Stipulated Motion for Stay**
       *City of Fresno v .United States of America, et al.*
       Case No. 1:06 cv 01559-OWW-NEW (TAG)

#1260094 v1

PDF created with pdfFactory trial version www.pdffactory.com

Having considered the parties' Joint Stipulated Motion for Stay, IT IS HEREBY ORDERED that the motion is granted, and:

1. All litigation proceedings are stayed for the period commencing on July 5, 2007 through and including September 7, 2007, although the stay of litigation proceedings shall not foreclose the right of any or all of the parties to request a settlement conference with the Court during the stay period;

2. the following motions scheduled for hearing on July 12, 2007 will be taken off-calendar: the City's Motion for Preliminary Injunction (Docket # 30, filed March 23, 2007), the United States' Motion for Partial Judgment on the Pleadings or for Partial Summary Judgment as to Plaintiff's Claim under RCRA (Docket # 45, filed April 23, 2007), and the United States' Motion for Partial Judgment on the Pleadings as to Plaintiff's Claim under HSAA (Docket # 48, filed May 4, 2007), until further notice from the parties;

3. the stay of the litigation proceedings may not be extended beyond September 7, 2007 absent agreement by all the parties; and

4. on or before September 14, 2007, the parties will notify the Court to either calendar a scheduling conference or to extend the stay of the litigation proceedings.

DATED this 7th day of July, 2007.

        __/s/ Oliver W. Wanger_____
        OLIVER W. WANGER
        UNITED STATES DISTRICT JUDGE

2
**[Proposed] Order Granting the Joint Stipulated Motion for Stay**
*City of Fresno v .United States of America, et al.*
Case No. 1:06 cv 01559-OWW-NEW (TAG)

#1260094 v1

PDF created with pdfFactory trial version www.pdffactory.com