FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

PAUL R. CARLSON, Pro Hac Vice
THE BOEING COMPANY
2710 160th Ave., S.E.
33-08 Building, MC 7A-XP
Bellevue, WA 98008
Telephone: (425) 865-1074
Facsimile: (425) 865-7998

Attorneys for Defendant
THE BOEING COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; UNITED, STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>    Defendants. | No.:   1:06-cv-01559-OWW-GSA<br><br>**ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER RE EXPERT DISCLOSURE** |

Pursuant to Joint Application and Stipulation to Amend the Pretrial Scheduling Order re Expert Disclosure executed by all parties, through their respective counsel, and filed herein:

1   IT IS HEREBY ORDERED:

2   That the October 18, 2007 Supplemental Scheduling Conference Order is amended to
3   provide for the disclosure of expert witnesses and expert witness reports on or before March 4,
4   2008 and rebuttal or supplemental expert witnesses on or before April 11, 2008.  All other currently
5   scheduled dates shall remain the same.

6

7   IT IS SO ORDERED.

8   Dated:   January 22, 2008                             /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE