James C. Sanchez, City Attorney (CA Bar No. 116356)
Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
CITY OF FRESNO (AC0015)
2600 Fresno Street
Fresno, California 93721
Tele: (559) 621-7500
Fax: (559) 488-1084

Lisa A. Decker (CA Bar No. 244063)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Tele: (303) 866-0372
Fax: (303) 866-0200

Karl R. Morthole (CA Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, California 94104
Tele: (415) 986-0227
Fax: (415) 986-1734

Attorneys for Plaintiff
THE CITY OF FRESNO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO | CASE NO. 1:06-CV-01559-OWW-GSA |
| v. | **ORDER TO AMEND THE PRETRIAL SCHEDULING ORDER RE EXPERT DISCLOSURE** |
| UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY | |
| Defendants. | |

Pursuant to Joint Application and Stipulation to Amend the Pretrial Scheduling Order re Expert Disclosure executed by all parties, through their respective counsel, and filed herein:

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED:

That the January 22, 2008 Supplemental Scheduling Conference Order is amended to provide for the disclosure of expert witnesses and expert witness reports on or before April 8, 2008, and rebuttal or supplemental expert witnesses on or before May 8, 2008.  All other currently scheduled dates shall remain the same.

DATED: February 29, 2008

/s/ OLIVER W. WANGER
JUDGE OLIVER W. WANGER
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com