IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>        Plaintiff,<br><br>    vs.<br><br>BOEING COMPANY, et al,<br><br>        Defendants.<br>_____ / | CASE NO. CV F 06-1559 OWW GSA<br><br>**ORDER TO RESET SETTLEMENT CONFERENCE** |

This Court RESETS the settlement conference to March 31, 2008 at 8:30 a.m. in Department 4 before United States District Judge Lawrence J. O'Neill. The parties shall supplement their confidential settlement conference statements as necessary to update the Court.

IT IS SO ORDERED.

**Dated:   March 20, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE