JAMES C. SANCHEZ, City Attorney (116356)
CITY OF FRESNO (AC0015)
By: Douglas T. Sloan, Assistant (194996)
2600 Fresno Street
Fresno, California 93721-3602
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Lisa A. Decker (244063)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
Telephone: (303) 866-0372
Facsimile: (303) 866-0200

Karl R. Morthole (112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, CA 94104
Telephone: (415) 986-0227
Facsimile: (415) 986-1734

Attorneys for Plaintiff CITY OF FRESNO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY<br><br>Defendants. | Case No. 1:06 CV 01559-OWW-NEW (TAG)<br><br>**STATUS OF SETTLEMENT DISCUSSIONS AND STAY** |

1

Status of Settlement Discussions and Stay
City of Fresno v. United States of America, et al.
Case No. 1:06 CV 01559-OWW-NEW (TAG)

CITY ATTORNEY
CITY HALL
FRESNO, CA 93721

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff, City of Fresno, is advising the Court that the parties are continuing settlement
2   discussions, following the settlement conference with the Honorable Lawrence O'Neill on
3   March 31, 2008.  The parties request the Court to continue the 120 day litigation stay through
4   October 1, 2008.  The parties will report to the Court as soon as there is a settlement approved or
5   it is determined that the case cannot be settled, unless there is prior direction from the Court.

7   DATED: August 6, 2008.          Respectfully submitted,

8                                    JAMES C. SANCHEZ
                                     City Attorney
9

10

11                                   By:_____
                                         DOUGLAS T. SLOAN
12                                       Assistant City Attorney
                                         Attorneys for CITY OF FRESNO
13

14   IT IS SO ORDERED.
15  Dated: August 29, 2008

16                                   /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger
17                                   United States District Court

18
    cc:    Hon. Lawrence O'Neill
19

28  DTS:cs;46034cs/dts

CITY ATTORNEY
CITY HALL
FRESNO, CA  93721

2

Status of Settlement Discussions and Stay
City of Fresno v. United States of America, et al.
Case No. 1:06 CV 01559-OWW-NEW (TAG)

PDF created with pdfFactory trial version www.pdffactory.com