IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-1559 OWW GSA<br><br>**ORDER TO SET FURTHER SETTLEMENT CONFERENCE**<br><br>Date:　October 10, 2008<br>Time:　1 p.m.<br>Dept.:　4 (LJO) |

　　　　This Court conducted a September 8, 2008 conference to address settlement progress. Plaintiff City of Fresno appeared by telephone by counsel Lisa Decker, Holme Roberts & Owen LLP and Assistant City Attorney Douglas Sloan. Defendant Boeing Company appeared by telephone by counsel Francis Malcolm Goldsberry, II and David Cohen, Goldsberry Freeman and Guzman, LLP. Defendant United States of America appeared by telephone by Assistant U.S. Attorney Silvia Quast.

　　　　The parties acknowledged that settlement negotiations are "three-sided" to warrant this Court's further assistance. As such, this Court:

　　　　1.　　SETS a further settlement conference for October 10, 2008 at 1 p.m. in Department 4 (LJO); and

　　　　2.　　ORDERS the parties, no later than 12 p.m. on October 3, 2008, to submit (but not file) their further supplemental confidential settlement conference statements to update the Court on their respective settlement positions. The parties' statements are to be candid

1 and frank and are not to be shared among the other parties.

2 IT IS SO ORDERED.

3 Dated:   **September 8, 2008**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE