1  James C. Sanchez, City Attorney (CA Bar No. 116356)
   Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
2  CITY OF FRESNO (AC0015)
   2600 Fresno Street
3  Fresno, California 93721
   Tele:  (559) 621-7500
4  Fax: (559) 488-1084

5  Lisa A. Decker (CA Bar No. 244063)
   HOLME ROBERTS & OWEN LLP
6  1700 Lincoln Street, Suite 4100
   Denver, Colorado 80203
7  Tele:  (303) 866-0372
   Fax: (303) 866-0200
8
   Karl R. Morthole (CA Bar No. 112565)
9  LAW OFFICES OF KARL R. MORTHOLE
   57 Post Street, Suite 801
10 San Francisco, California 94104
   Tele:  (415) 986-0227
11 Fax: (415) 986-1734

12 Attorneys for Plaintiff
   THE CITY OF FRESNO

13 **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
14

15 THE CITY OF FRESNO                    CASE NO.  1:06 CV 01559-OWW-LJO

             Plaintiff,                  **ORDER**
16       v.

17 UNITED STATES OF AMERICA; UNITED
   STATES ARMY CORPS OF ENGINEERS;
18 NATIONAL GUARD BUREAU; THE
   BOEING COMPANY
19
             Defendants.
20

IT IS SO ORDERED that the existing litigation stay in the above-captioned matter be continued through January 22, 2009.  The parties will report to the Court as soon as there is a settlement approved, or it is determined that the case cannot be settled, unless there is prior direction from the Court.

DATED this 12th day of November, 2008

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER

2

**[Proposed] Order**
*City of Fresno v .United States of America, et al.*
Case No. 1:06 cv 01559-OWW-LJO

#1371175 v1 den

PDF created with pdfFactory trial version www.pdffactory.com