1  James C. Sanchez, City Attorney (CA Bar No. 116356)
2  Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
   CITY OF FRESNO (AC0015)
3  2600 Fresno Street
   Fresno, California 93721
4  Tele: (559) 621-7500
   Fax: (559) 488-1084
5

6  Lisa A. Decker (CA Bar No. 244063)
   HOLME ROBERTS & OWEN LLP
7  1700 Lincoln Street, Suite 4100
   Denver, Colorado 80203
8  Tele: (303) 866-0372
   Fax: (303) 866-0200
9

10 Karl R. Morthole (CA Bar No. 112565)
   LAW OFFICES OF KARL R. MORTHOLE
11 57 Post Street, Suite 801
   San Francisco, California 94104
12 Tele: (415) 986-0227
   Fax: (415) 986-1734
13

14 Attorneys for Plaintiff
15 THE CITY OF FRESNO

**UNITED STATES DISTRICT COURT**
16 **EASTERN DISTRICT OF CALIFORNIA**

17 | | |
|---|---|
18 | THE CITY OF FRESNO | CASE NO. 1:06-CV-01559-OWW-GSA |
| | |
19 | v. | **JOINT STATUS REPORT AND REQUEST FOR CONTINUED (MODIFIED) STAY (WITH PROPOSED ORDER)** |
20 | UNITED STATES OF AMERICA; UNITED | |
21 | STATES ARMY CORPS OF ENGINEERS; | |
| NATIONAL GUARD BUREAU; THE | Date: |
22 | BOEING COMPANY | Time: |
| | Courtroom: 3 (7th floor) |
23 | Defendants. | (Hon. Oliver W. Wanger) |
24 | | |

FILED

JAN 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1

**Status of Settlement Discussions and Request for Continued Stay**
*City of Fresno v. United States of America, et al.*
Case No. 1:06-CV-01559-OWW-GSA

#1384380 v1 den

1    IT IS SO ORDERED that a modified litigation stay continue in the above-captioned matter

2    through March 23, 2009, staying all activity other than allowing fact depositions and third party

3    subpoenas to move forward. The parties will report to the Court as soon as there is a settlement

4    approved, or it is determined that the case cannot be settled, unless there is prior direction from the

5    Court. *Another written status report is required on or before march 20, 200 9.*

6    DATED this _21st_ day of January, 2009

7                                                    _____
                                                     HONORABLE OLIVER W. WANGER
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24                                          2

#1384966 v1 den