James C. Sanchez, City Attorney (CA Bar No. 116356)
Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
CITY OF FRESNO (AC0015)
2600 Fresno Street
Fresno, California 93721
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Lisa A. Decker (CA State Bar No. 244063)
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
E-Mail: ldecker@swlaw.com

Karl R. Morthole (CA Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, California 94104
Telephone: (415) 986-0227
Facsimile: (415) 986-1734

Attorneys for Plaintiff
THE CITY OF FRESNO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>Defendants. | CASE NO. 1:06-CV-01559-OWW-GSA<br><br>**ORDER LIFTING STAY AND SETTING RULE 16 STATUS CONFERENCE**<br><br>Judge: Hon. Oliver W. Wanger |

Pursuant to the Joint Status Report, Request to Lift Stay and to Set Rule 16 Status Conference executed by all parties, through their respective counsel, and filed herein:

IT IS HEREBY ORDERED:

1. The modified litigation stay of this matter is lifted as of March 23, 2009; and

9715496.1

PDF created with pdfFactory trial version www.pdffactory.com

2. A Rule 16 Status Conference shall be set for 4/15/2009, 2009 at 12:00 p.m. to discuss the trial date and associated deadlines. Based on the local rules and this Court's standing orders, the parties will submit their proposed Joint Rule 16 Scheduling Conference Statement no later than seven days before the Status Conference, or on or before 4/7/2009.

Dated: 3/26/2009

/s/ OLIVER W. WANGER
Judge Oliver W. Wanger
United States District Court

9715496.1

- 2 -

**Proposed Order Lifting Stay and Setting Rule 16 Status Conference**
*City of Fresno v. United States of America, et al.*
*Case No. 1:06-CV-01559-OWW-GSA*

PDF created with pdfFactory trial version www.pdffactory.com