James C. Sanchez, City Attorney (CA Bar No. 116356)
Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
CITY OF FRESNO (AC0015)
2600 Fresno Street
Fresno, California 93721
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Lisa A. Decker (CA State Bar No. 244063)
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
E-Mail: ldecker@swlaw.com

Karl R. Morthole (CA Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, California 94104
Telephone: (415) 986-0227
Facsimile: (415) 986-1734

Attorneys for Plaintiff
THE CITY OF FRESNO

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>Defendants. | CASE NO. 1:06-CV-01559-OWW-GSA<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION PROTECTING CONFIDENTIAL INFORMATION OF HENKEL CORPORATION PRODUCED PURSUANT TO SUBPOENA** |

IT IS SO ORDERED that the Stipulation Protecting Confidential Information of Henkel Corporation Produced Pursuant to Subpoena ("Stipulation"), attached as Exhibit A to this Order, is approved in its entirety.

10142845.1

1  DATED this __3d__ day of __August__, 2009.

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

10142845.1                                          2
[PROPOSED] ORDER APPROVING STIPULATION PROTECTING CONFIDENTIAL INFORMATION OF
HENKEL CORPORATION PRODUCED PURSUANT TO SUBPOENA
City of Fresno v. United States of America, et al.
Case No. 1:06-CV-01559-OWW-GSA

Mark G. Intrieri (SBN 116627)
Jessica A. Fakhimi (SBN 184115)
CHAPMAN & INTRIERI, L.L.P.
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, California 94501-1090
Telephone: (510) 864-3600
Facsimile: (510) 864-3601

Attorneys for HENKEL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY<br><br>Defendants. | Case No. 1:06-CV-001559-OWW-NEW (TAG)<br><br>**STIPULATION PROTECTING CONFIDENTIAL INFORMATION OF HENKEL CORPORATION PRODUCED PURSUANT TO SUBPOENA** |

WHEREAS, the HENKEL CORPORATION and the CITY OF FRESNO, through their respective counsel, agree that certain documents subpoenaed by the CITY OF FRESNO from HENKEL CORPORATION and certain testimony sought, contain information that the HENKEL CORPORATION believes to be proprietary and confidential business information, or trade secret; and

WHEREAS, it is agreed that the discovery of such information by means prescribed in this Stipulation does not constitute a publication of such information; and

WHEREAS, it is recognized that a trial or other means of resolving this action could make disclosure of this information necessary or appropriate to the trier of fact,

///

///

**EXHIBIT A**

Stipulation Protecting Confidential Information of Henkel Corporation Produced Pursuant to Subpoena

IT IS HEREBY STIPULATED THAT:

1. Certain documents produced by Henkel Corporation in response to the subpoena from the City of Fresno are confidential. Those documents which are stamped "Confidential" shall be subject to this Stipulation.

2. Testimony taken at deposition, conference, hearing or trial from anyone associated with the Henkel Corporation will also be deemed confidential. A statement designating the testimony as confidential will be made at the commencement of the deposition.

3. Documents and testimony designated as confidential under this Stipulation, and any summaries, copies, abstracts, or other documents derived in whole or in part from material designated as confidential shall be disclosed only for the purpose of the prosecution, defense, or settlement of this action, and for no other purpose.

4. Confidential documents produced and deposition testimony provided by Henkel Corporation pursuant to subpoena may be disclosed or made available only to the court (and/or any jury empanelled to hear this matter) and to "Qualified Persons" designated below:

   a. The parties, counsel of record in this action and employees of such counsel to whom it is necessary that confidential information be disclosed; and any other counsel with whom counsel of record shall choose to confer in connection with this matter.

   b. A mediator who has been retained to mediate the case;

   c. Witnesses who are called to testify by any party in the case;

   d. Experts who are retained by the parties for consultation and/or testimony (subject to the conditions set forth in paragraph 5 below);

   e. Any other person as to whom the CITY OF FRESNO and HENKEL CORPORATION agree in writing (subject to the conditions set forth in paragraph 5 below) provided, however, that such consent shall not be unreasonably withheld.

5. All persons who are a Qualified Person pursuant to subparagraphs 4(d) and (e) shall only be provided confidential documents after they are furnished a copy of this Order, and execute a non-disclosure agreement in the form of Attachment A, a copy of which is attached hereto. Such non-

disclosure agreements shall be kept on file by counsel who disclosed the confidential documents to the Qualified Persons, and shall be subject to inspection by the court or by counsel for Henkel Corporation upon reasonable request.

6. All confidential information filed with the court, and any pleadings, motions or other papers disclosing any confidential information shall be filed or lodged under seal or otherwise submitted to the court in a manner reasonably certain to preserve the confidentiality thereof.

7. In the event that any confidential information is used in any court proceeding in this action, it shall not lose its confidential status through such use, and the party using such confidential information shall take all reasonable steps to maintain its confidentiality during such use.

8. This Stipulation is entered solely for the purpose of facilitating the exchange of confidential information from Henkel Corporation to the City of Fresno pursuant to subpoena without involving the court unnecessarily in the process. Nothing in this Stipulation shall be deemed to have the effect of an admission or waiver.

9. Within thirty (30) day of final termination of this case, whether by judicial determination or settlement, counsel for the City of Fresno shall return all confidential documents, material, and deposition transcripts and all copies of the same to counsel for Henkel Corporation or shall certify that any such confidential documents have been destroyed.

10. This Stipulation shall be jointly presented to the Court for purposes of obtaining an Order pursuant to Stipulation as set forth herein.

DATED: May 22, 2009

SNELL & WILMER, LLP

By: _____
Lisa Decker
Attorneys for CITY OF FRESNO

DATED: May 27, 2009

CHAPMAN & INTRIERI, LLP

By: _____
Mark G. Intrieri
Jessica A. Fakhimi
Attorneys for HENKEL CORPORATION

Stipulation Protecting Confidential Information of Henkel Corporation Produced Pursuant to Subpoena

## ATTACHMENT "A"

I, _____, have read and understand the attached Stipulation and Order Protecting Confidential Information. I am a "Qualified Person" as defined in paragraphs 4(d) and 4(e).

By executing this Attachment to the Stipulation and Order Protecting Confidential Information, I agreed to be bound by it and all its terms. I further agree to provide the original of this Attachment with my signature thereon to counsel who disclosed the confidential information to me pursuant to paragraph 5 of the Stipulation and Order Protecting Confidential Information.

DATED:_____        _____

P:\DATA\Open Cases\65074\Pleadings\Stipulation and Order re Confidential Information.wpd

4
Stipulation Protecting Confidential Information of Henkel Corporation Produced Pursuant to Subpoena