John C. Cruden
Acting Assistant Attorney General
Environment & Natural Resources Division

C. Scott Spear
Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1597 (telephone)
(202) 514-8865 (facsimile)
scott.spear@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY,<br><br>Defendants. | No. 1:06-cv-01559-OWW-GSA<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER, COUNTERCLAIM, AND CROSSCLAIM** |

Upon the Unopposed Motion for Leave to File Amended Answer, Counterclaim, and Crossclaim, and upon consideration of the exhibit submitted in connection with the motion, the papers and pleadings on file, and the Court otherwise being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that said motion is GRANTED. Defendants United States of America, United States Army Corps of Engineers, and National Guard Bureau shall file the First Amended Answer, Counterclaim and Crossclaim of Defendants United States of America, United States Army Corps of Engineers, and National Guard Bureau to the Second Amended Complaint within seven days after the date of this Order.

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4   Dated: _August 11, 2009__                    _/s/ OLIVER W WANGER_____
5                                                         OLIVER W. WANGER
                                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com