FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone:  (916) 448-0448
Facsimile:  (916) 448-8628

Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; UNITED, STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>　　　　　Defendants. | No.:   1:06-cv-01559-OWW-GSA<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF COURT'S AMENDED SCHEDULING CONFERENCE ORDER DATED OCTOBER 2, 2009** |

　　　　WHEREAS, this Court entered an Amended Scheduling Conference Order in this action on October 2, 2009 requiring the initial disclosure of experts on December 30, 2009 and supplemental or rebuttal designations of experts on or before January 29, 2010.

　　　　WHEREAS, Defendant The Boeing Company (Boeing) has retained Roger A. Minear, Ph.D. of Sedona, Arizona, as an expert witness in this matter.

　　　　WHEREAS, Dr. Minear underwent heart by-pass surgery on December 8, 2009 and his recovery from this surgery prevents him from completing his initial report in this matter by the December 30, 2009 deadline.

　　　　WHEREAS, a modification of the Amended Scheduling Conference Order entered on October 2, 2007 is necessary to allow Dr. Minear's continued participation in this matter and all of

the parties to this action consent to this modification.

## **STIPULATION**

IT IS HEREBY STIPULATED by and among the Plaintiff and Defendants, through their undersigned counsel, with the consent of the Court, as provided below, as follows:

1. Dr. Minear's designation and service of his initial report shall occur on or before January 15, 2010.

2. Dr. Minear's rebuttal/supplemental report, if any, shall be served on or before February 5, 2010.

3. Any rebuttal to Dr. Minear's initial report by Plaintiff City of Fresno or the United States' Defendants shall be served on or before February 5, 2010.

4. All of the other deadlines set forth in the Court's Amended Scheduling Conference Order of October 2, 2009 shall remain unchanged.

DATED: December 28, 2009    SNELL & WILMER, LLP

By: /s/ Lisa A. Decker [as authorized        ]
LISA A. DECKER
Attorneys for Plaintiff
THE CITY OF FRESNO

DATED: December 28, 2009    THE UNITED STATES OF AMERICA

By: /s/ C. Scott Spear [as authorized        ]
C. SCOTT SPEAR
Attorney for Defendants
THE UNITED STATES OF AMERICA
UNITED STATES ARMY CORPS OF ENGINEERS,
NATIONAL GUARD BUREAU

DATED: December 28, 2009    GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Francis M. Goldsberry II
FRANCIS M. GOLDSBERRY II
FRANCIS M. GOLDSBERRY III
Attorneys for Defendant
THE BOEING COMPANY

1 | IT IS SO ORDERED.

2 | **Dated:   December 28, 2009**              /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28