# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF FRESNO, | CASE NO. 1:06-CV-1559 OWW GSA |
| Plaintiff, | ORDER RE: MOTION TO COMPEL |
| v. | |
| UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY, | (Docs. 147, 149, and 164) |
| Defendant. / | |

Pending before the Court is Defendants' United States of America, the United States Army Corps of Engineers, and the National Guard Board (collectively "United States") Amended Motion to Compel that was filed on September 10, 2009. (Doc. 149).[1] The parties filed a Joint Statement Regarding Discovery Disagreements ("Joint Statement") on October 6, 2009. (Doc. 164). In the instant motion, the United States seeks an order requiring Plaintiff to: 1) provide responses to the United State's First Set of Interrogatories 1 through 4, and 2) provide responses to Defendants' Third Set of Requests for the Production of Documents 1 through 15.

On November 13, 2009, this Court held a hearing regarding the discovery dispute. The matter was continued for a status conference on January 22, 2010 at 10:30 am. (Doc. 172). On January 15, 2010, Plaintiff and the United States filed a stipulation that the parties have resolved all

---

[1] The United States had filed a Motion To Compel on September 3, 2009. (Doc. 147). However, because the Amended Motion to Compel was filed shortly thereafter, the Court deems the first motion to compel withdrawn.

1

pending discovery matters. Therefore, the instant Motion to Compel is denied without prejudice as it is moot. The hearing set for January 22, 2010 at 10:30 am is vacated.

   IT IS SO ORDERED.

   **Dated:   January 20, 2010**                    **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE