| | |
|---|---|
| 1 | FRANCIS M. GOLDSBERRY II, SBN: 63737 |
| | FRANCIS M. GOLDSBERRY III, SBN: 178739 |
| 2 | GOLDSBERRY, FREEMAN & GUZMAN, LLP |
| | 777 12th Street, Suite 250 |
| 3 | Sacramento, CA 95814 |
| | Telephone: (916) 448-0448 |
| 4 | Facsimile: (916) 448-8628 |
| 5 | Attorneys for Defendant |
| | THE BOEING COMPANY |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE CITY OF FRESNO, | ) | No.: 1:06-cv-01559-OWW-GSA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **MODIFICATION OF THE AMENDED** |
| v. | ) | **SCHEDULING CONFERENCE ORDER** |
| | ) | **RE EXPERT DISCOVERY** |
| UNITED STATES OF AMERICA; UNITED, | ) | |
| STATES ARMY CORPS OF ENGINEERS; | ) | |
| NATIONAL GUARD BUREAU; THE | ) | |
| BOEING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, this Court entered an Amended Scheduling Conference Order in this action on October 2, 2009 that established a deadline of March 3, 2010 for the completion of expert discovery; and

WHEREAS, the parties have been diligent in scheduling the depositions of the retained experts, which number fifteen, having already completed ten days of expert deposition, with four more scheduled between now and the current March 3, 2010 deadline; and

WHEREAS, the disclosure of rebuttal experts, winter storms that closed airports, and the co-ordination of numerous expert witnesses' schedules with the schedules of counsel in this matter, have resulted in the inability of the parties to schedule all expert depositions prior to March 3, 2010; and

Stipulation And Order For Modification
Of The Amended Scheduling Conference
Order Re Expert Discovery

WHEREAS, the parties currently have expert depositions scheduled for every business day from March 4, 2010 through March 10, 2010;

**STIPULATION**

IT IS HEREBY STIPULATED by and among the Plaintiff and Defendants, through their undersigned counsel, with the consent of the Court as provided below, that:

1. The deadline for the completion of expert discovery is extend until March 10, 2010.

2. All other deadlines set forth in the Court's Amended Scheduling Conference Order of October 2, 2009 shall remain unchanged.

DATED: February 24, 2010  SNELL & WILMER, LLP

By: /s/ Lisa A. Decker [as authorized 2/23/2010]
LISA A. DECKER
Attorneys for Plaintiff
THE CITY OF FRESNO

DATED: February 24, 2010  THE UNITED STATES OF AMERICA

By: /s/ C. Scott Spear [as authorized 2/24/201]
C. SCOTT SPEAR
Attorney for Defendants
THE UNITED STATES OF AMERICA
UNITED STATES ARMY CORPS OF ENGINEERS,
NATIONAL GUARD BUREAU

DATED: February 24, 2010  GOLDSBERRY, FREEMAN & GUZMAN, LLP

By: /s/ Francis M. Goldsberry III
FRANCIS M. GOLDSBERRY II
FRANCIS M. GOLDSBERRY III
Attorneys for Defendant
THE BOEING COMPANY

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **ORDER** |
| 4 | IT IS SO ORDERED. |
| 5 | Dated: February 24, 2010      /s/ Oliver W. Wanger |

UNITED STATES DISTRICT JUDGE