Ignacia S. Moreno
Assistant Attorney General
Environment & Natural Resources Division

C. Scott Spear
Kim N. Smaczniak
Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (telephone)
(202) 514-8865 (facsimile)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY,<br><br>Defendants. | No. 1:06-cv-01559-OWW-GSA<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFF'S RCRA CLAIM; MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS AS TO PLAINTIFF'S HSAA CLAIM (Docs. 142 & 143.)** |

Defendants United States of America, United States Army Corps of Engineers, and National Guard Bureau (collectively, "United States") filed a Motion for Judgment on the Pleadings or for Partial Summary Judgment as to Plaintiff's Claim Under the Resource Conservation and Recovery Act ("RCRA") (Doc. 142), as well as a Motion for Partial Judgment on the Pleadings as to Plaintiff's Claim Under the California Hazardous Substance Account Act ("HSAA") (Doc. 143.)  The motions came on for hearing on March 22, 2010.  All parties were represented by counsel at the hearing.

**Order re: United States' Dispositive Motions Regarding Plaintiff's RCRA and HSAA Claims**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA

1  After considering all papers filed in connection with the United States' motions and hearing oral argument, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The United States' motion for partial summary judgment on Plaintiff's RCRA claim (Doc. 142) is GRANTED for the reasons set forth in this Court's Memorandum Decision dated April 22, 2010 (Doc. 228), which is incorporated herein by reference.  Plaintiff's claim against the United States under RCRA, as alleged in the Fourth Claim for Relief of the Second Amended Complaint, is hereby DISMISSED WITH PREJUDICE.

2. The United States' motion for partial judgment on the pleadings on Plaintiff's HSAA claim (Doc. 143) is GRANTED for the reasons set forth in this Court's Memorandum Decision dated April 22, 2010 (Doc. 228), which is incorporated herein by reference.  Plaintiff's claim against the United States under HSAA, as alleged in the Third Claim for Relief of the Second Amended Complaint, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: **April 27, 2010**                    **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE