Ignacia S. Moreno
Assistant Attorney General
Environment & Natural Resources Division

C. Scott Spear
Paul Cirino
Kim N. Smaczniak
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (telephone)
(202) 514-8865 (facsimile)
paul.cirino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY,<br><br>Defendants. | No. 1:06-cv-01559-OWW-GSA<br><br>**STIPULATION AND ORDER TO PERMIT THE UNITED STATES TO FILE CERTAIN DOCUMENTARY EXHIBITS IN PAPER FORMAT** |

WHEREAS, on April 19, 2010, Defendant The Boeing Company ("Boeing") filed a Motion for Summary Adjudication Re National Guard Bureau Cost Claim (Doc. 220). The motion is based on the argument that the United States did not sufficiently document and/or provide an "accurate accounting" of the more than $4 million that the National Guard Bureau asserts that it spent to investigate contamination at the California Air National Guard Base in Fresno.

**Stipulation and Order to Permit the United States to
File Certain Documentary Exhibits in Paper Format**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA
1

1    WHEREAS, in order to effectively oppose this motion, the United States believes it must
2    submit all of the documentation that establishes that the National Guard Bureau incurred the
3    costs in question;
4    WHEREAS, such supporting documentation will involve the submission of hundreds of
5    pages of invoices and other contemporaneous evidence relating to the costs at issue;
6    WHEREAS, Local Rule 5-133(a) requires in relevant part that, "[u]nless excused by the
7    Court or by the electronic filing procedures set forth in these Rules, attorneys shall file all
8    documents electronically pursuant to those Rules . . . .";
9    WHEREAS, Local Rule 5-133(b)(1) permits attorneys, in exceptional circumstances and
10   for specific documents, to apply for permission to file documents in paper format, with the
11   decision to permit such paper filing in the sole discretion of the assigned Judge or Magistrate
12   Judge;
13   WHEREAS, Local Rule 5-133(b)(3) requires that requests to use paper or electronic
14   filing as exceptions from these rules shall be submitted as stipulations, as provided in Local Rule
15   83-143; and
16   WHEREAS, given the significant volume of the proposed exhibits, the burden of filing
17   such exhibits electronically, and the relative ease of viewing the materials in hard copy format,
18   the United States believes it would be prudent and efficient, and promote judicial economy, for
19   the United States to submit copies of such documents to the parties and the Court as hard copies,
20   organized in binders.

**STIPULATION**

IT IS HEREBY STIPULATED by and among the United States and Boeing, through their undersigned counsel, with the consent of the Court as provided below, that:

Pursuant to Rule 5-133, the United States may file the supporting documentation concerning its opposition to Boeing's motion in hard copy format, with copies provided in binders to the Court and the parties.

**Stipulation and Order to Permit the United States to
File Certain Documentary Exhibits in Paper Format**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA
2

1 | DATED: May 4, 2010                                    *s/ Paul Cirino*
2 |                                                       _____
  |                                                       THE UNITED STATES OF AMERICA
  |                                                       PAUL CIRINO
3 |                                                       Attorney for Defendants
  |                                                       THE UNITED STATES OF AMERICA
4 |                                                       UNITED STATES ARMY CORPS OF
  |                                                       ENGINEERS, NATIONAL GUARD BUREAU
5 |
  | DATED: May 4, 2010                                    *s/ Francis M. Goldsberry III*
6 |                                                       _____
  |                                                       GOLDSBERRY, FREEMAN & GUZMAN, LLP
7 |                                                       FRANCIS M. GOLDSBERRY II
  |                                                       FRANCIS M. GOLDSBERRY III
8 |                                                       Attorneys for Defendant
  |                                                       THE BOEING COMPANY
9 |
  | DATED: May 4, 2010                                    *s/ Lisa A. Decker*
10|                                                       _____
  |                                                       SNELL & WILMER LLP
11|                                                       LISA A. DECKER
  |                                                       Attorney for Plaintiff
12|                                                       THE CITY OF FRESNO
13|
14|
15|
16|
17| IT IS SO ORDERED.
18|     Dated:  **May 4, 2010**                               **/s/ Oliver W. Wanger**
19|                                                       UNITED STATES DISTRICT JUDGE
20|
...

**Stipulation and Order to Permit the United States to
File Certain Documentary Exhibits in Paper Format**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA
3