James C. Sanchez, City Attorney (CA Bar No. 116356)
Douglas T. Sloan, Assistant City Attorney (CA Bar No. 194996)
CITY OF FRESNO (AC0015)
2600 Fresno Street
Fresno, California 93721
Telephone: (559) 621-7500
Facsimile: (559) 488-1084

Lisa A. Decker (CA State Bar No. 244063)
Jessica E. Yates (admitted *pro hac vice*)
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, CO 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
E-Mail:  ldecker@swlaw.com

Jeffrey L. Willis (CA State Bar No. 195342)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701
Telephone: (520) 882-1200
Facsimile: (520) 884-1294
E-Mail:  jwillis@swlaw.com

Karl R. Morthole (CA Bar No. 112565)
LAW OFFICES OF KARL R. MORTHOLE
57 Post Street, Suite 801
San Francisco, California 94104
Telephone: (415) 986-0227
Facsimile: (415) 986-1734

Attorneys for Plaintiff
THE CITY OF FRESNO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CITY OF FRESNO, | CASE NO. 1:06-CV-01559-OWW-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO WITHDRAW JURY DEMANDS AND TO WITHDRAW BOEING'S MOTION TO STRIKE JURY DEMAND** |
| v. | |
| UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY, | |
| Defendants. | |

11492342.1

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, The City of Fresno, and Defendant, The Boeing Company, that the parties' respective jury demands shall be withdrawn. Additionally, The Boeing Company's Motion to Strike Jury Demand (Docket No. 221) is withdrawn as moot.

Respectfully submitted this 7th day of May, 2010.

*s/Lisa A. Decker*
Lisa A. Decker
Jessica E. Yates
SNELL & WILMER L.L.P.
1200 17th Street, Suite 1900
Denver, Colorado 80202
Telephone: (303) 634-2000
Facsimile: (303) 634-2020
***Attorneys for Plaintiff***
***City of Fresno***

*s/Francis M. Goldsberry, II*
Francis Malcolm Goldsberry, II
Francis Malcolm Goldsberry, III
Goldsberry Freeman and Guzman, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448 x224
Facsimile: (916) 448-8628
***Attorneys for Defendant***
***Boeing Company***

IT IS SO ORDERED.

Dated: **May 10, 2010**        **/s/ Oliver W. Wanger**
                            UNITED STATES DISTRICT JUDGE

11492342.1                              2

**STIPULATION AND ORDER TO WITHDRAW JURY DEMANDS
AND BOEING'S MOTION TO STRIKE JURY DEMAND**
*City of Fresno v. United States of America, et al.*
*Case No. 1:06-CV-01559-OWW-GSA*