UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CITY OF FRESNO,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>            Defendants. | No. 1:06-CV-1559-OWW-GSA<br><br>ORDER ADVANCING ORAL ARGUMENT RE: CITY OF FRESNO'S MOTION FOR RECONSIDERATION |
|---|---|

Oral argument on Plaintiff City of Fresno's Motion for Reconsideration, now set for July 26, 2010, is advanced to June 11, 2010 at 1:00 p.m in Courtroom 3 (OWW). The United States has until 5:00 p.m. on June 3, 2010, to submit an opposition to the motion. No reply shall be filed.

    IT IS SO ORDERED.

**Dated:   May 27, 2010**                      **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

1