Ignacia S. Moreno
Assistant Attorney General
Environment & Natural Resources Division

C. Scott Spear
Paul Cirino
Kim N. Smaczniak
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (telephone)
(202) 514-8865 (facsimile)
scott.spear@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY,<br><br>            Defendants. | No. 1:06-cv-01559-OWW-GSA<br><br>**STIPULATION AND ORDER RE TRIAL BRIEF SCHEDULE** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and among Plaintiff The City of Fresno, Defendant United States of America, Defendant United States Army Corps of Engineers, Defendant National Guard Bureau, and Defendant The Boeing Company, through their undersigned counsel, with the consent of the Court as provided below, that:

1  The parties shall file and serve on all other parties opening trial briefs on or before July 6, 2010 and any answering briefs may be filed by July 9, 2010.

DATED: June 21, 2010

        */s/ C. Scott Spear*
THE UNITED STATES OF AMERICA
C. SCOTT SPEAR
PAUL CIRINO
KIM N. SMACZNIAK
Attorney for Defendants
THE UNITED STATES OF AMERICA
UNITED STATES ARMY CORPS OF
ENGINEERS, NATIONAL GUARD BUREAU

DATED: June 21, 2010

    */s/ Francis M. Goldsberry, II*
GOLDSBERRY, FREEMAN & GUZMAN, LLP
FRANCIS M. GOLDSBERRY II
FRANCIS M. GOLDSBERRY III
Attorneys for Defendant
THE BOEING COMPANY

DATED: June 21, 2010

    */s/ Lisa A. Decker*
SNELL & WILMER LLP
LISA A. DECKER
Attorney for Plaintiff
THE CITY OF FRESNO

IT IS SO ORDERED.

Dated:  **June 22, 2010**      **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

---

**Stipulation and Order re Trial Brief Schedule**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA
2