**FRANCIS M. GOLDSBERRY II, SBN: 63737**
**FRANCIS M. GOLDSBERRY III, SBN: 178739**
**GOLDSBERRY, FREEMAN & GUZMAN, LLP**
**777 12th Street, Suite 250**
**Sacramento, CA 95814**
**Telephone: (916) 448-0448**
**Facsimile: (916) 448-8628**

Attorneys for Defendant
THE BOEING COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO, | No.: 1:06-CV-01559-OWW-GSA |
| Plaintiff, | |
| v. | ORDER ON BOEING COMPANY'S MOTION FOR SUMMARY ADJUDICATION RE STATUTE OF LIMITATIONS |
| UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY, | |
| Defendants. | |

On June 14, 2010, the Boeing Company's ("Boeing") Motion for Summary Adjudication on statute of limitations issues was heard by the Court. Lisa A. Decker, Jessica E. Yates, and Jeffrey L. Willis appeared for plaintiff the City of Fresno (the "City"). Francis M. Goldsberry II and Francis M. Goldsberry III appeared for Boeing.

After considering all papers filed in connection with the United States' motions and hearing oral argument, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Boeing's motion for summary adjudication on the issue of plaintiff's ability to recover costs or damages incurred

**prior to November 2, 2003 based on plaintiff's causes of action for continuing nuisance or trespass is GRANTED. At trial, the City is limited to seeking damages incurred since November 2, 2003, three years before it filed suit; and**

2. **Boeing's motion for summary adjudication on plaintiff's causes of action for negligence, negligence per se, and waste is GRANTED. Those causes of action, as alleged in the Seventh, Eighth, and Tenth Claims for Relief in the Second Amended Complaint, are DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

**Dated:   June 22, 2010**            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE