Ignacia S. Moreno
Assistant Attorney General
Environment & Natural Resources Division

C. Scott Spear
Kim N. Smaczniak
Paul Cirino
Environmental Defense Section
United States Department of Justice
P.O. Box 23986
Washington, DC 20026-3986
(202) 514-1542 (telephone)
(202) 514-8865 (facsimile)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES ARMY CORPS OF ENGINEERS, NATIONAL GUARD BUREAU and THE BOEING COMPANY,<br><br>Defendants. | No. 1:06-cv-01559-OWW-GSA<br><br>**ORDER DENYING THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS UNDER CERCLA TO RECOVER REIMBURSED PAST RESPONSE COSTS (DOC. 215)** |

Defendants United States of America, United States Army Corps of Engineers, and National Guard Bureau (collectively, "United States") filed a Motion for Partial Summary Judgment on Plaintiff's Claims Under CERCLA to Recover Reimbursed Past Response Costs (Doc. 215). The motion came on for hearing on June 14, 2010. All parties were represented by counsel at the hearing.

**Order re: United States' Motion for Partial Summary Judgment on Plaintiff's Claims Under CERCLA to Recover Reimbursed Past Response Costs (Doc. 215)**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA

After considering all papers filed in connection with the United States' motion and hearing oral argument, it is hereby ORDERED, ADJUDGED AND DECREED that the United States' motion is denied.

IT IS SO ORDERED.

Dated:   **June 28, 2010**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

**Order re: United States' Motion for Partial Summary Judgment on Plaintiff's Claims Under CERCLA to Recover Reimbursed Past Response Costs (Doc. 215)**
*City of Fresno v. United States of America et al.*, No. 1:06-cv-01559-OWW-GSA