1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
1200 Seventeenth Street, Suite 1900
Denver, Colorado 8202
(303) 634-2000

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>               Defendants. | CASE NO. 1:06-CV-01559-OWW-GSA<br><br>**ORDER DENYING THE BOEING COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS RE EQUITABLE INDEMNITY [NO. 218]** |

Defendant The Boeing Company ("Boeing") filed a Motion for Judgment on the Pleadings Re Equitable Indemnity on April 19, 2010 [Doc. 218], which sought summary judgment of the equitable indemnification claim asserted in the Second Amended Complaint of Plaintiff the City of Fresno ("the City"). Boeing argued that the City's equitable indemnification claim was duplicative of its other causes of action. This Motion was heard by the Court on June 14, 2010, in the presence of all parties.

After considering all papers filed in connection with Boeing's Motion, hearing oral argument from Boeing and the City, and being fully advised in the premises, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

The Motion is DENIED. The City has brought common law claims for continuing nuisance and continuing trespass against Boeing, and these claims remain viable. Equitable

11640017.2

1  indemnification may be relevant to a contribution argument under those common law claims, and

2  may be asserted at trial in conjunction with those claims.

3

4  IT IS SO ORDERED.

5  Dated:   __June 28, 2010__                    _____/s/ Oliver W. Wanger_____
                                                 UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11640017.2                                    2

**ORDER DENYING BOEING'S MOTION FOR JUDMGENT ON THE PLEADINGS RE EQUITABLE INDEMNITY**
*City of Fresno v. United States of America, et al.*
*Case No. 1:06-CV-01559-OWW-GSA*

Snell & Wilmer
L.L.P.
LAW OFFICES
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
(303) 634-2000