1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**
           **EASTERN DISTRICT OF CALIFORNIA**
9

10   THE CITY OF FRESNO,                    CASE NO. 1:06-CV-01559-OWW-GSA

11                 Plaintiff,               **ORDER DENYING THE BOEING**
                                            **COMPANY'S MOTION FOR SUMMARY**
12   v.                                     **JUDGMENT, OR ALTERNATIVELY,**
                                            **SUMMARY ADJUDICATION OF**
13   UNITED STATES OF AMERICA; UNITED       **PLAINTIFF'S HSAA CAUSE OF ACTION**
     STATES ARMY CORPS OF ENGINEERS;        **[NO. 223]**
14   NATIONAL GUARD BUREAU; THE
     BOEING COMPANY,
15
16                 Defendants.
17

18        Defendant the Boeing Company ("Boeing") filed a Motion for Summary Judgment, or

19   Alternatively, Summary Adjudication of Plaintiff's HSAA Cause of Action on April 19, 2010,

20   which sought summary judgment on the claim asserted by Plaintiff the City of Fresno ("the City")

21   against Boeing pursuant to the Hazardous Substances Account Act ("HSAA").   [Doc. No. 223]

22   This Motion was heard by the Court on June 14, 2010, in the presence of all parties.

23        After considering all papers filed in connection with this Motion, hearing oral argument

24   from Boeing and the City, and being fully advised in the premises, it is hereby ORDERED,

25   ADJUDGED AND DECREED as follows:

26
27
28

11664045.1

*Snell & Wilmer*
*L.L.P.*
LAW OFFICES
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202
(303) 634-2000

1    The Motion is DENIED.  The City satisfied its Rule 56 burden as to its HSAA claim

2   against Boeing, as the opposition evidence is sufficient to create a genuine dispute of fact.

3    IT IS SO ORDERED.

4

5

6

7   IT IS SO ORDERED.

8    Dated:  __June 28, 2010__          _____/s/ Oliver W. Wanger_____

9                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11664045.1                                          2

**ORDER DENYING BOEING'S MOTION FOR SUMMARY JUDGMENT RE HSAA CLAIM**
*City of Fresno v. United States of America, et al.*
*Case No. 1:06-CV-01559-OWW-GSA*

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
1200 Seventeenth Street, Suite 1900
Denver, Colorado 83202
(303) 634-2000