FRANCIS M. GOLDSBERRY II, SBN: 63737
FRANCIS M. GOLDSBERRY III, SBN: 178739
GOLDSBERRY, FREEMAN & GUZMAN, LLP
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Facsimile: (916) 448-8628

Attorneys for Defendant
THE BOEING COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

THE CITY OF FRESNO,

Plaintiff,

v.

UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,

Defendants.

No.: 1:06-CV-01559-OWW-GSA

**ORDER ON BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION OF PLAINTIFF'S RCRA CAUSE OF ACTION**

On June 14, 2010, the Boeing Company's ("Boeing") Motion for Summary Judgement, or, Alternatively, Summary Adjudication of Plaintiff's RCRA Cause of Action was heard by the Court. Lisa A. Decker, Jessica E. Yates, and Jeffrey L. Willis appeared for plaintiff the City of Fresno (the "City"). Francis M. Goldsberry II and Francis M. Goldsberry III appeared for Boeing.

After considering all papers filed in connection with Boeing's motion and after hearing oral argument, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Boeing's motion for summary judgment of plaintiff's RCRA cause of action is GRANTED for the reasons set forth in this Court's Memorandum Decision dated June 30, 2010 (Docket No. 322). Plaintiff's claim against Boeing under RCRA, as alleged in the Fourth Claim for Relief of the Second Amended Complaint, is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated: July 2, 2010**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE