# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CITY OF FRESNO,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; UNITED STATES ARMY CORPS OF ENGINEERS; NATIONAL GUARD BUREAU; THE BOEING COMPANY,<br><br>            Defendants. | CASE NO. 1:06-CV-01559-OWW-GSA<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT** |

UPON CONSIDERATION OF THE FOREGOING, the Court hereby finds that this Settlement Agreement is fair and reasonable, both procedurally and substantively, consistent with applicable law, in good faith, and in the public interest.  The foregoing Settlement Agreement is hereby APPROVED.

    1. <u>Retention of Jurisdiction</u>.

        a. The Court shall retain jurisdiction over both the subject matter of this Settlement Agreement and the Parties for the duration of the performance of the terms and provisions of this Settlement Agreement for the purpose of enabling any of the Parties to apply to the Court at any time for such further order, direction, and relief as may be necessary or

11982786.1

appropriate to construe, implement, or enforce compliance with the terms of this Settlement Agreement or for any further relief as the interest of justice may require.

2. <u>Contribution Protection</u>.

a. With respect to the United States, after the Effective Date of this Agreement and upon the City's receipt of the payment under Paragraph 3(b)(1) from the United States and a written covenant not to sue from DTSC and RWQCB to the Parties for any and all Past State Oversight Costs, the United States is entitled to contribution protection for Covered Matters pursuant to Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, for matters addressed in this Settlement Agreement.

b. With respect to Boeing, after the Effective Date of this Agreement and upon the City's receipt of the payment under Paragraph 3(c)(1) from Boeing and a written covenant not to sue from DTSC and RWQCB to the Parties for any and all Past State Oversight Costs, Boeing is entitled to contribution protection for Covered Matters pursuant to Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, for matters addressed in this Settlement Agreement.

c. With respect to the City, after the Effective Date of this Agreement and upon the City's receipt of the payment under Paragraphs 3(b)(1) from the United States and Paragraph 3(c)(1) from Boeing and a written covenant not to sue from DTSC and RWQCB to the Parties for any and all Past State Oversight Costs, the City is entitled to contribution protection for Covered Matters pursuant to Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), the Uniform Comparative Fault Act, and any other applicable provision of federal or state law, whether by statute or common law, for matters addressed in this Settlement Agreement.

3. <u>Dismissal with Prejudice</u>.

a. After the Effective Date of this Agreement and upon the releases contained in Paragraphs 4, 5, and 6 of the Agreement, all claims in this Action, whether alleged in the Second

11982786.1                                      2

**ORDER APPROVING SETTLEMENT AGREEMENT**
*City of Fresno v. United States of America, et al.*
                              *Case No. 1:06-CV-01559-OWW-GSA*

Amended Complaint or as a cross-claim or third-party claim, or otherwise, are hereby dismissed with prejudice.

4. <u>Entry of Final Judgment</u>.

a. After the Effective Date of this Agreement and upon the releases contained in Paragraphs 4, 5, and 6 of the Agreement, this Court directs, pursuant to Federal Rule of Civil Procedure 54(b), ENTRY OF FINAL JUDGMENT with respect to the Parties in accordance with the terms of this Agreement.

b. Neither the United States, nor the City, prior to a default by Boeing of any obligation created by this Agreement, may file an Abstract of Judgment, Notice of Judgment Lien, or comparable documents based upon this Agreement to create a lien on any of Boeing's personal or real property.

5. <u>Attorneys' Fees</u>. The City, Boeing, and the United States shall each bear their own costs and expenses, including attorneys' fees in this case, through the date of this Order and Settlement Approval.

IT IS SO ORDERED.

Dated: **September 16, 2010**        **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

11982786.1                            3

**ORDER APPROVING SETTLEMENT AGREEMENT**
*City of Fresno v. United States of America, et al.*
                    *Case No. 1:06-CV-01559-OWW-GSA*